

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Designación de Salas Especializadas para Casos de Asesinato | 2012 TSPR 142<br><br>186 DPR ____ |
| --- | --- |

Número del Caso: EM-2012-07

Fecha: 25 de septiembre de 2012

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Designación de Salas
Especializadas para
Casos de Asesinato

RESOLUCIÓN

San Juan, Puerto Rico, a 25 de septiembre de 2012.

El 24 de junio de 2012, se aprobó la Ley 122-2012, estatuto que enmienda el Artículo 5.005 de la Ley 201-2003, según enmendada, denominada como la "Ley de la Judicatura del Estado Libre Asociado de Puerto Rico de 2003", a los fines de facultar y ordenar a la Rama Judicial a establecer Salas Especializadas para Casos de Asesinato. Conforme a lo dispuesto en la Ley 122, *supra*, la cual tiene vigencia inmediata, corresponde al Tribunal Supremo la responsabilidad de designar, en un término no mayor de 90 días a partir de la vigencia de la citada Ley, al menos 1 sala especializada para atender los juicios de los casos de asesinato en aquellas regiones judiciales que se estime necesario, dando prioridad a las regiones judiciales con mayor incidencia criminal; detallar el proceso a seguir e incluir medidas alternas para evitar la acumulación de casos en las salas especializadas designadas. Asimismo, la Ley 122, *supra*, asigna a este Tribunal la responsabilidad de designar a los jueces y las juezas que presidirán las salas especializadas en casos de asesinato.

En atención a las responsabilidades que nos impone la mencionada Ley 122, *supra*, establecemos lo siguiente:

(1) Tras considerar la información provista por la Oficina de Administración de los Tribunales y evaluar lo relativo a las regiones judiciales de mayor incidencia criminal, determinamos establecer una Sala Especializada para Casos de Asesinato en la Región Judicial de Bayamón. La referida Sala Especializada estará ubicada en el Centro Judicial de dicha región y funcionará en calidad de Proyecto Piloto, cuya efectividad y viabilidad de expansión a otras regiones judiciales habremos de evaluar oportunamente, de conformidad con la experiencia acumulada durante la operación de la Sala Especializada aquí designada.

(2) La Sala Especializada para Casos de Asesinato comenzará sus operaciones inmediatamente y atenderá exclusivamente los procedimientos judiciales relativos a casos de asesinato en todas sus modalidades, y su tentativa, a partir de una determinación de causa probable para acusar. En las demás Regiones Judiciales en que no se designa una sala especializada, los casos de Asesinato en todas sus modalidades, o su tentativa, se atenderán mediante el mecanismo de calendarios especializados.

(3) Mediante Resolución emitida oportunamente, este Tribunal designará a un(a) juez(a) con adiestramiento en el área criminal para atender la Sala Especializada en Casos de Asesinato de la Región Judicial de Bayamón. El(la) Juez(a) designado(a) únicamente recibirá asignaciones de casos de asesinato en todas sus modalidades, y sus tentativas, una vez se determine causa probable para acusar. Además, atenderá los casos criminales asociados al(a los) caso(s) de asesinato.

(4) Para todas las Regiones Judiciales, incluyendo la Región Judicial de Bayamón, este Tribunal aprobará una lista de jueces y juezas con adiestramiento en el área criminal, de entre los cuales el Juez Presidente o la Directora Administrativa de los Tribunales, por delegación, podrán hacer designaciones para atender casos de asesinato en todas sus modalidades, o sus tentativas, mediante el mecanismo de calendarios especializados. Dichas designaciones podrán llevarse a cabo en la Región Judicial de Bayamón, para evitar que se suscite un cúmulo excesivo de casos en la Sala Especializada que aquí se designa y atender situaciones de inhibición o en las que el(la)juez(a) designado(a) para presidir

la Sala Especializada no pueda intervenir, esté ausente por motivo de licencia regular de vacaciones o enfermedad u otras situaciones análogas y en el resto de las Regiones Judiciales, como mecanismo ordinario para atender este tipo de casos.

(5) En la Región Judicial de Bayamón, los casos en los que se determine causa probable para acusar por el delito de asesinato en cualquiera de sus modalidades o por su tentativa, se referirán inmediatamente a la Sala Especializada para Casos de Asesinato. La Sala Especializada antes designada atenderá todos los planteamientos, incidentes procesales y asuntos interlocutorios que se susciten a partir de una determinación positiva de causa probable para acusar por tales delitos, a excepción de aquellos procedimientos que en virtud de las reglas procesales criminales tengan que ser evaluados y atendidos por un juez o una jueza distinto(a).

(6) Todo delito acumulable con el caso de asesinato en cualquiera de sus modalidades, o su tentativa, es decir, todo delito por el que se determine causa probable para encausamiento criminal que surja del mismo acto o transacción o de dos o más actos o transacciones relacionados entre si o que constituyan parte de un plan común, serán ventilados conjuntamente en la sala especializada en casos de asesinato.

(7) El horario de sesión en la Sala Especializada para Casos de Asesinato se regirá por lo establecido en la Regla 12(B), de las Reglas del Tribunal de Primera Instancia.

(8) De suscitarse la situación de que el(la) juez(a) designado(a) para atender la Sala Especializada para Casos de Asesinato disponga de los asuntos sometidos a su consideración, éste(a) estará disponible para atender otros asuntos de su competencia, conforme a la Regla 12(c) de las Reglas del Tribunal de Primera Instancia.

(9) La Academia Judicial diseñará un programa académico y práctico de adiestramiento a los jueces asignados a estas salas especializadas dirigido al manejo del calendario, el juicio y los incidentes procesales previos, con el objetivo de que los casos de asesinato se atiendan con prontitud y respeto a los derechos de los imputados de delito, las víctimas, los testigos y toda la sociedad.

(10) De manera simultánea con el informe que deberá rendir al(a la) Gobernador(a) y a la Asamblea Legislativa dentro de los primeros 12 meses de haber comenzado a operar la Sala Especializada para Casos de Asesinato, la Oficina de Administración de los Tribunales rendirá un informe a este Tribunal con los datos estadísticos pertinentes, una evaluación del funcionamiento de la sala especializada que aquí se establece y sus recomendaciones a corto y largo plazo. El informe incluirá una descripción y evaluación del programa de la Academia Judicial para el adiestramiento de los jueces asignados a estas salas especializadas.

(11) La Directora Administrativa de los Tribunales emitirá las directrices necesarias y convenientes para la implantación de la Sala Especializada en Casos de Asesinato en la Región Judicial de Bayamón y para la atención de este tipo de casos en las demás regiones judiciales.

Publíquese inmediatamente.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.


Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo